# KEYSTONE AUTO LEASING, INC.

v.

# John H. NORBERG, Tax Administrator.

## No. 82–266–M.P.

Supreme Court of Rhode Island.

June 25, 1982.

Selya & Iannuccillo, Inc., John G. Hines, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Melanie Wilk Spencer, Asst. Atty. Gen., Charles Edwin Goldkamp, Legal Officer, North Kingstown, for respondent.

### ORDER

The petition for writ of certiorari is granted.

MURRAY and SHEA, JJ., did not participate.

■

## Clarence J. COUTU et al.

v.

# CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY.

## No. 82–263–M.P.

Supreme Court of Rhode Island.

July 22, 1982.

Edwards & Angell, John D. Deacon, Jr., Providence, for plaintiffs-respondents.

Selya & Iannuccillo, Inc., Bruce M. Selya, Richard L. Patz, Providence, for defendant-petitioner.

### ORDER

Petitioner Cambridge Mutual Insurance Company seeks a writ of certiorari to review a Superior Court order that directed the company to produce various documents which the company believes are immune from discovery. Pursuant to the petition, we have examined a transcript of the Superior Court decision, but we are unable to ascertain therefrom the basis of the hearing judge's ruling.

Accordingly, we hereby grant the petition for writ of certiorari and quash that portion of the Superior Court order which granted the motion to compel production of the documents. The Superior Court is directed to reconsider the motion to compel production and, in deciding said motion, to give consideration to the pertinent principles enunciated by this court in *Fireman's Fund Ins. Co. v. McAlpine*, 120 R.I. 744, 391 A.2d 84 (1978).

Justice SHEA did not participate.

■

# KNIBB, SHEEHAN & CO.

v.

# V.J. PAOLINO CONSTRUCTION et al.

## No. 82–397–M.P.

Supreme Court of Rhode Island.

Sept. 30, 1982.

Roberts, Carroll, Feldstein & Tucker, R. Kelly Sheridan, Providence, for plaintiff-respondent.

Thomas C. Plunkett, Providence, for defendants-petitioners.

### ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C.J., and MURRAY, J., did not participate.